# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **MAGISTRATE** |
| **VERSUS** | |
| | **NO. 22-20-UNA** |
| **MONTY MATTHEWS** | |

### ORDER OF TEMPORARY DETENTION PENDING HEARING[1] PURSUANT TO BAIL REFORM ACT

Upon joint motion of the government and defendant;

**IT IS ORDERED** that a detention hearing is set for **April 1, 2022, at 10:00 a.m.** before United States Magistrate Judge Richard L. Bourgeois, Jr., via zoom video conference. Pending the detention hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Signed in Baton Rouge, Louisiana, on March 24, 2022.

*[signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

Blaize, Pugliese
USM

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.